UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRACTIONAL OWNERSHIP HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>JEFFREY GANGL,<br><br>                    Defendant. | ORDER<br><br>No. 24-CV-9036 (RA) |
| JEFFREY GANGL,<br><br>                    Plaintiff,<br><br>     v.<br><br>FRACTIONAL OWNERSHIP HOLDINGS, LLC and PHILIP NEUMAN,<br><br>                    Defendants. | No. 24-CV-9371 (RA) |

RONNIE ABRAMS, United States District Judge:

       On March 26 and April 2, 2025, Defendants moved to dismiss in each of the above-captioned actions. During a conference before the Court on February 28, 2025, the parties advised that they had agreed to consolidation of the above-captioned actions. No later than April 10, 2025, the parties shall submit a joint letter advising the Court whether they still agree to consolidate these actions and, if so, proposing a date by which to move for consolidation before this Court.

SO ORDERED.

Dated:    April 3, 2025
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge