UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRACTIONAL OWNERSHIP HOLDINGS, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>JEFFREY GANGL,<br><br>       Defendant. | ORDER<br><br>No. 24-CV-9036 (RA) |
| JEFFREY GANGL,<br><br>       Plaintiff,<br><br>   v.<br><br>FRACTIONAL OWNERSHIP HOLDINGS, LLC and PHILIP NEUMAN,<br><br>       Defendants. | No. 24-CV-9371 (RA) |

RONNIE ABRAMS, United States District Judge:

  On April 29, 2025, this Court granted a thirty-day stay of this action to permit Fractional Ownership Holdings, LLC and Philip Neuman to obtain new counsel. To date, a new attorney has not appeared to represent either party. Philip Neuman, furthermore, has not appeared *pro se* and it is well-settled that a corporation may not represent itself in federal court. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983). Additionally, the parties have not submitted revised contact information to this Court, despite their "obligation to keep the Court informed of [their] current address." *Prea v. Battaista*, No. 91 Civ. 1171 (TPG), 1993 WL 97423, at *1 (S.D.N.Y. Mar. 30, 1993).

  No later than June 9, 2025, the parties shall submit a joint letter advising the Court as to Fractional Ownership Holdings, LLC and Philip Neuman's updated contact information and

updating the Court as to when they anticipate obtaining new counsel. "[F]ailure to comply may result in sanctions, including dismissal with prejudice." *Agiwal v. Mid Island Mortg. Corp.*, 555 F.3d 298, 302 (2d Cir. 2009).

SO ORDERED.

Dated:   June 3, 2025
         New York, New York

                                            Ronnie Abrams
                                            United States District Judge