UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRACTIONAL OWNERSHIP HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>JEFFREY GANGL,<br><br>      Defendant. | 24-CV-9036 (RA)<br><br><br>ORDER |
| JEFFREY GANGL<br><br>      Plaintiff,<br><br>    v.<br><br>FRACTIONAL OWNERSHIP HOLDINGS, LLC,<br>PHILIP NEUMAN,<br><br>      Defendants. | 24-CV-9371 (RA) |

RONNIE ABRAMS, United States District Judge:

  In light of the Court's October 14, 2025 order issuing a stay of sixty days in the above captioned matters, the conference scheduled for November 21, 2025 is adjourned to January 23, 2026 at 12:00 p.m. To the extent the parties are available to meet before January 23, 2026, they shall so inform the Court. In addition, pursuant to the Court's October 14 order, Fractional Ownership Holdings, LLC must inform the Court when it has found new counsel. Given that Fractional Ownership Holdings, LLC is again advised that a limited liability corporation may not proceed *pro se*. *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Also pursuant to the Court's October 14 order, the parties shall file an updated Proposed Case Management Plan and Scheduling Orders once Fractional Ownership Holdings, LLC and Neuman

identify new counsel.  The updated Proposed Case Management Plan and Scheduling Order shall be filed with the Court no later than January 16, 2026.

SO ORDERED.

   Dated:      November 20, 2025
                New York, New York

                                                            Ronnie Abrams
                                                            United States District Judge