UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FRACTIONAL OWNERSHIP HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>JEFFREY GANGL,<br><br>      Defendant. | 24-CV-9036 (RA)<br><br><br>ORDER |
| JEFFREY GANGL<br><br>      Plaintiff,<br><br>      v.<br><br>FRACTIONAL OWNERSHIP HOLDINGS, LLC,<br>PHILIP NEUMAN,<br><br>      Defendants. | 24-CV-9371 (RA) |

RONNIE ABRAMS, United States District Judge:

The conference scheduled for February 5, 2026 at 11:00 a.m. is moved to 11:30 a.m due to

a scheduling conflict.

SO ORDERED.

Dated:     February 3, 2026
          New York, New York

                                 Ronnie Abrams
                                 United States District Judge